476 A.2d 93

Commonwealth v. Watson, Appellant.

Petition for Allowance of Appeal
Denied Sept. 20, 1984.

Submitted November 8, 1983. Shelley Stark, Assistant Public Defender, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.

476 A.2d 93

Commonwealth v. Williams, Appellant.

Submitted February 3, 1984. Timothy A. Crawford, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.